IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02578-NRN

YURICE GRISEX DIAZ VILORIA,

Petitioner,

v.

TODD BLANCHE, Acting U.S. Attorney General in his official capacity,
ROBERT GUADIAN, U.S. Immigration & Customs Enforcement Field Office Director for the Colorado Field Office, in his official capacity,
MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security, in his official capacity, and
JUAN BALTASAR, Warden of GEO Group Aurora Inc, in his official capacity,

Respondents.

---

ORDER

---

Entered by Magistrate Judge N. Reid Neureiter

This matter is before the Court on Petitioner's Motion to Enforce Judgment ("Motion") (ECF No. 11). Respondents are hereby directed to respond to Petitioner's Motion on or before July 13, 2026.

It is so ORDERED.

Date: July 7, 2026